FILED - CLERK
U.S. DISTRICT COURT
2005 MAY -9 PM 5: 01
TX EASTERN-BEAUMONT
BY _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| ANTHONY BELL | § | |
| VS. | § | CIVIL ACTION NO. 1:03cv1458 |
| DIRECTOR, TDCJ-CID | § | |

### FINAL JUDGMENT

This action came on before the Court, Honorable Howell Cobb, District Judge, presiding, and, the issues having been duly considered and a decision having been duly rendered, it is

**ORDERED** and **ADJUDGED** that this petition for writ of habeas corpus is **DENIED**. All motions not previously ruled on are hereby **DENIED**.

SIGNED this 9th day of May, 2005.

HOWELL COBB
UNITED STATES DISTRICT JUDGE